Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for other metal articles, not specially provided for, was sustained. The items marked "C," stipulated to be the same as those involved in said Abstract 62036, were held dutiable at 25 percent under the provision in said paragraph 397, as modified, *supra*, for articles, not specially provided for, plated with silver on nickel silver or copper, but not in chief value of silver, as claimed.

**No. 65583.**—Federated Dept. Stores, Inc., et al. *v.* United States, protests 206210–K, etc. (Boston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

**No. 65584.**—Florea & Co., Inc. *v.* United States, protests 59/33430, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.

**No. 65585.**—Bonwit Teller, Inc., et al. *v.* United States, protests 60/7082, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.

**No. 65586.**—Frederick's of Hollywood et al. *v.* United States, protests 59/9410, etc. (Los Angeles).

Opinion by FORD, J.  In accordance with oral stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the nylon underwear is similar in use to silk underwear and the nylon gloves are similar in use to silk gloves, the claims of the plaintiffs were sustained.

**No. 65587.**—Coats & Clark, Inc. *v.* United States, protest 60/1583 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of spun nylon yarn, plied, similar in use to spun silk yarn, plied, the claim of the plaintiff was sustained.

MAY 2, 1961

**No. 65588.**—SUIT 5046.—United States *v.* National Carloading Corp. and James S. Baker Import Co.— ▆▆▆▆▆▆▆▆ —Abstract 64233 affirmed March 15, 1961.  C.A.D. 767.

BEFORE THE SECOND DIVISION, MAY 8, 1961

**No. 65589.**—J. W. Hampton, Jr., & Co. of Phila. et al. *v.* United States, protests 299021–K, etc. (Philadelphia).